BRUCE A. KILDAY, ESQ., SB No. 066415
  Email: bkilday@akk-law.com
CARRIE A. McFADDEN, ESQ., SB No. 245199
  Email: cfrederickson@akk-law.com
SEAN D. O'DOWD, ESQ., SB No. 296320
  Email: sodowd@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF OROVILLE, and OFFICERS JARED COOLEY, JOHN NICKELSON, and MARCUS TENNEGKEIT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CORYELL, individually and as successor-in-interest to Decedent VICTOR COLEMAN, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OROVILLE, a municipal corporation, et al., <br><br> Defendants. | Case No.: 15-cv-00476-TLN-DB <br><br> **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications to this Court's Pretrial Scheduling Order of April 12, 2016 (Court's Docket No. 11), regarding the scheduling of this case:

- That the discovery deadline currently set for February 10, 2017 be moved to March 10, 2017, for the express and singular purpose of taking the deposition of Plaintiff Lori Coryell.  All other discovery shall remain subject to the February 10, 2017 deadline.

1
**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

The parties stipulate to and request this modification of the pretrial order as to the discovery cutoff because Plaintiff's counsel responsible for the deposition recently became unavailable on the date of Plaintiff's deposition (January 31, 2017), and is not available until after February 10, 2017.  No other attorney from Plaintiff's counsel's office who is familiar with the case is available due to trials and multiple court appearances within that timeframe.  There is good cause for this modification because the parties did not anticipate that no attorney familiar with the case would be unavailable from January 31, 2017 to February 10, 2017 until recently.  The parties are confident that continuing Plaintiff's deposition past the discovery cutoff deadline will not impair or affect any other deadline in this case.

Dated:  January 30, 2017                                    ANGELO, KILDAY & KILDUFF, LLP

By:_____/s/ Sean O'Dowd_____
    BRUCE A. KILDAY
    CARRIE A. FREDERICKSON
    SEAN D. O'DOWD
    Attorneys for Defendants

Dated:  January 30, 2017                                    THE LAW OFFICE OF JOHN L. BURRIS

By____/s/ Ben Nisenbaum_____
    JOHN L. BURRIS
    BEN NISENBAUM
    JAMES COOK
    Attorneys for Plaintiff LORI CORYELL

## ORDER

GOOD CAUSE APPEARING THEREFOR, the Pretrial Scheduling Order is modified as stipulated above.

Dated:  January 30, 2017

_____
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**