BRUCE A. KILDAY, ESQ., SB No. 066415
  Email: bkilday@akk-law.com
CARRIE A. McFADDEN, ESQ., SB No. 245199
  Email: cfrederickson@akk-law.com
SEAN D. O'DOWD, ESQ., SB No. 296320
  Email: sodowd@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF OROVILLE, and OFFICERS JARED COOLEY, JOHN NICKELSON, and MARCUS TENNEGKEIT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CORYELL, individually and as successor-in-interest to Decedent VICTOR COLEMAN,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF OROVILLE, a municipal corporation, et al.,<br><br>           Defendants. | Case No.: 15-cv-00476-TLN-DB<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications to this Court's Pretrial Scheduling Order of April 12, 2016 (Court's Docket No. 11), regarding the scheduling of this case:

- That the expert disclosure deadline currently set for April 6, 2017 be moved to May 6, 2017.

///

1
**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

The parties stipulate to and request this modification of the pretrial order as to the expert disclosure deadline because the parties wish to participate in mediation and potentially resolve this case.  The parties have been diligently discussing a potential settlement and have agreed to mediation sometime over the next month, and are working in good faith to select a mediator as well as acceptable dates.  There is good cause for this modification because the case could potentially be resolved without the need for a trial or the added expense of expert disclosures and/or expert discovery.  The parties are confident that continuing the expert disclosure deadline will not impair or affect any other deadline in this case, should the case not settle.

Dated:  April 4, 2017   ANGELO, KILDAY & KILDUFF, LLP

By: ____/s/ Sean O'Dowd_____
  BRUCE A. KILDAY
  CARRIE A. FREDERICKSON
  SEAN D. O'DOWD
  Attorneys for Defendants

Dated:  April 4, 2017   THE LAW OFFICE OF JOHN L. BURRIS

/s/ Ben Nisenbaum [authorized 4/4/17]
By_____
  JOHN L. BURRIS
  BEN NISENBAUM
  JAMES COOK
  Attorneys for Plaintiff LORI CORYELL

00121100

### ORDER

GOOD CAUSE APPEARING THEREFOR, the Pretrial Scheduling Order is modified as stipulated above.

Dated:  April 4, 2017

_____
Troy L. Nunley
United States District Judge

2
**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**